Decided June 23, 2004

### SUSANA F. RICE *v.* RICHARD J. RICE

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24775) is denied.

*Susana F. Rice*, pro se, in support of the petition.

Decided June 23, 2004